IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01232-WYD-BNB

PAMELA M. LAUER, an Individual,

    Plaintiff,

v.

SCHOOL DISTRICT 50 CREDIT UNION, d/b/a COLORADO UNITED CREDIT UNION, a Colorado nonprofit corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Joint Motion to Dismiss with Prejudice (filed October 30, 2007).  The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Joint Motion to Dismiss with Prejudice is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, each party to bear her or its own costs and attorneys' fees.

    Dated:  October 31, 2007

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            U. S. District Judge